FILED
2018 Oct-15  AM 09:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| NAOMI CYRUS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 7:18-cv-01365-LSC |
| PEN-TECH ASSOCIATES, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Counsel for Defendants has notified the Court that a settlement agreement has been reached in this matter. Accordingly, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** on October 15, 2018.



L. Scott Coogler
United States District Judge

195126